## Tillie Eckersberg, Appellee, v. Paul Dunklau, Appellant.

### Gen. No. 18,799.     (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. DUANE J. CARNES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed December 2, 1913.

### Statement of the Case.

Action by Tillie Eckersberg against Paul Dunklau for damages for an assault made upon plaintiff by defendant. From a judgment in favor of plaintiff for five hundred dollars, defendant appeals.

ARNOLD TRIPP, for appellant.

CHESTER FIREBAUGH and HENRY W. HUTTMANN, for appellee.

MR. JUSTICE CLARK delivered the opinion of the court.

### Abstract of the Decision.

1. ASSAULT AND BATTERY, § 14*—*when evidence sufficient to sustain verdict for assault.* In trespass to recover damages for an alleged assault, a verdict for plaintiff on conflicting evidence *held* sustained by the evidence.

2. APPEAL AND ERROR, § 1561*—*when refusal of requested instructions harmless.* Refusal of requested instructions not error when so much of the instruction as was proper was covered by other instructions given.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.